# IN THE COURT OF APPEALS FOR THE FOURTH CIRCUIT

PB/RM
**RECEIVED**
MAY 1 8 2026
U.S. Court of Appeals
Fourth Circuit

Cortez Dayshawn Bumphus,
Appellant,

v.

UNITED STATES OF AMERICA,
Appellee.

Dist Ct. No. 4:23-CR-00054.

Appeal No. 25-4699

## REQUEST FOR EXTENSION OF TIME TO FILE DIRECT APPEAL

**COMES NOW,** Cortez Dayshawn Bumphus, Appellant in the above styled action and due to file a direct appeal from the final judgment of conviction ($848, $924(c)) in the United States District Court for The Eastern District of Virginia (at Norfolk         ).

**FOR CAUSE,** appointed appeal Counsel (Sicilia C. Englert) has failed to keep Appellant informed of appeal developments, failed to keep and forward to Appellant requested trial transcripts and sentencing transcripts, and also failed to include appeal issues presented by Appellant which have merit. Furthermore, appeal counsel failed to give Appellant notice of May 19, 2026 deadline for direct appeal. Per Rule 31(a)(1)(F.R.A.P.), appeal brief is due within 40 days after the record is filed which transcripts were given to appeal counsel on April 13, 2026. For the record, Appellant filed a notice of appeal in the district court within (10) ten days of sentencing in the district court. Appellant has complied with Rule 10 (F.R.A.P.) to forward to the Circuit Clerk the record on appeal (i.e. original papers and exhibits filed in the district court, transcripts of the proceedings, and certified copies of docket entries). Per Rule 11(d)(F.R.A.P.), Appellant requested to "unseal" all district court records especially those related to search warrants.

/s/ CORTEZ D. BUMPHUS

DATE: MAY 11, 2026

(cont)

USCA4 Appeal: 25-4699   Doc: 23   Filed: 0...

Cortez Dayshawn Bumphus
Reg. No. 77619-510
U.S. Penitentiary - Canaan
P.O. Box 300
Waymart, PA 18472

HARRISBURG PA    171

13 MAY 2026  PM 4  L

UNITED STATES
OF AMERICA
FOREVER/USA

legal Mail
5/11/26

The Court Of Appeals (Fourth Circuit)
U.S. Courthouse Annex
1100 East Main Street
Suite 501
Richmond, Virginia 23219-3525

RECEIVED
U.S. MARSHALS

23219-353826