FILED:  June 11, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-4699
(4:23-cr-00054-AWA-DEM-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CORTEZ DAYSHAWN BUMPHUS, a/k/a Co, a/k/a Cortez Bumphus

Defendant - Appellant

_____

O R D E R

_____

No pro se supplemental brief may be submitted unless accompanied by a

motion to file supplemental brief. The court strikes appellant's pro se supplemental

brief because it was not accompanied by a motion to file.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk