# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | * | |
| **Appellee** | * | |
| **v.** | * | **Case No. 25-4699** |
| | * | |
| **CORTEZ BUMPHUS** | * | |
| **Appellant** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### APPELLANT CORTEZ BUMPHUS'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF AND JOINT APPENDIX

Appellant, Cortez Bumphus, by and through counsel, Sicilia Englert, hereby requests a 60-day extension of time to file his opening brief and joint appendix. The following is stated in support:

1.      Pursuant to this Court's briefing order (ECF 22), Appellant's opening brief and joint appendix are due on June 18, 2026.

2.      This appeal involves a lengthy trial of 16 days. The record is extensive and includes over 3,100 pages of transcripts and what appears to be approximately 1,000 exhibits, with numerous wiretaps recordings and surveillance videos.

3.      Undersigned counsel is making progress, but needs additional time to review the record and will not be able to file the opening brief and joint appendix by the current due date.

4.      Additionally, Mr. Bumphus insisted on having a paper copy of his trial transcripts because he has limited access to a computer and would not have sufficient access to an electronic copy.

5.      Because of the Bureau of Prisons' pre-approval process for receiving a large box, Mr. Bumphus only received his transcripts approximately one week ago and needs additional time to review his transcripts.

6.      This case was deemed complex by the district court (D.Dkt 286, 542).

7.      Undersigned counsel has conferred with counsel the government, who does not object to his request.

WHEREFORE, Appellant respectfully requests that this Court grant this motion for a 60-day extension of time to file the opening brief and joint appendix.

Respectfully Submitted,

S/*Sicilia C. Englert*

_____
Sicilia C. Englert
Law Office of Sicilia C. Englert, LLC
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
(703) 636-2261

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, June 12, 2026, a copy of the foregoing was filed via this Court's electronic filing system, which will deliver notice to all counsel of record.

_____/s/_____
Sicilia C. Englert