In The
United States Court Of Appeals
for the Fourth Circuit

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| *Plaintiff – Appellee,* | ) | |
| | ) | **Record No. 25-4699** |
| **v.** | ) | |
| **CORTEZ DAYSHAWN BUMPHUS,** | ) | |
| *Defendant – Appellant.* | ) | |

**APPELLANT'S MOTION FOR LEAVE TO FILE AN OVERSIZED JOINT APPENDIX**

COMES NOW the Appellant, CORTEZ DAYSHAWN BUMPHUS, by and through undersigned counsel, and hereby moves this Honorable Court for an Order granting leave to file an oversized Joint Appendix of 4,657 pages, inclusive of the cover and table of contents. In support of this request, Appellant presents the following:

1. Local Rule 30(b) provides that there is no page limit on the length of the joint appendix, except as provided in Local Rule 32(a). Local Rule 32(a) provides that a joint appendix in a court-appointed case should not exceed 250 double-sided sheets without permission of the Court.

2. According to Local Rule 30(a)(1), the appendix must contain, "the relevant docket entries in the proceeding below, the relevant portions of the pleadings, charge, findings, or opinion, the judgment, order, or decision in question; and other parts of the record to which the parties wish to direct the court's attention."

3. The remaining entries include the mandated inclusions and other items designated by all parties.

4. The Joint Appendix necessarily exceeds the page limit because of the length, voluminous record, multiple day Trial, lengthy transcripts, and complexity of this litigation, as well as to ensure that all mandatory and relevant materials are available for this Court's review in the Joint Appendix.

WHEREFORE, Appellant respectfully requests that this Motion be granted, and that the Court accept for filing a Joint Appendix of 4,657 pages in this case.

Dated: September 28, 2026

Respectfully Submitted,

/s/ Sicilia C. Englert

SICILIA C. ENGLERT
LAW OFFICE OF
SICILIA C. ENGLERT, LLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 636-2261

*Counsel for Defendant-Appellant*

## CERTIFICATE OF COMPLIANCE

1. This document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

   this document contains 280 words.

2. This document complies with the typeface requirements because:

   this document has been prepared in a proportional spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: September 28, 2026

Respectfully Submitted,

/s/ Sicilia C. Englert

SICILIA C. ENGLERT
LAW OFFICE OF
SICILIA C. ENGLERT, LLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 636-2261

*Counsel for Defendant-Appellant*