**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff – Appellee,*<br><br>**v.**<br><br>**CORTEZ DAYSHAWN BUMPHUS,**<br><br>*Defendant – Appellant.* | ) | **Record No. 25-4699** |

**APPELLANT'S MOTION FOR LEAVE TO FILE AN OVERSIZED JOINT APPENDIX**

COMES NOW the Appellant, Cortez Bumphus, by and through undersigned counsel, and hereby moves this Honorable Court for an Order granting leave to file an oversized joint appendix of 4,657 pages, which is in excess of the 500-page limitation under Local Rules 30(b) and 32(a). In support of this request, Appellant states the following:

1. This is an appeal of a 16-day jury trial with a voluminous record. The trial transcripts total more than 3,200 pages and the government designated approximately 600 pages of exhibits to be included in the joint appendix. The documents in the record are lengthier than in most cases. For example, the district court docket is 246 pages and the second superseding indictment is 147 pages.

2. On appeal, Mr. Bumphus argues there was insufficient evidence that he engaged in a continuing criminal enterprise (CCE)—particularly, that he

organized, supervised, or managed five or more people with whom he acted in concert to distribute marijuana. This is a fact-specific issue that touches on all of the trial evidence.

3. Mr. Bumphus also argues on appeal that the jury instructions failed to require the jury to agree unanimously on the specific five or more people he allegedly organized, supervised, or managed. This potentially requires the Court to consider all of the evidence in order to assess harmlessness of the instruction.

4. In light of the voluminous record and the issues raised on appeal, it is anticipated that the materials the parties seek to include in the proposed joint appendix will be necessary and helpful to the Court.

5. Undersigned counsel has consulted with counsel for the government and is authorized to state that the government does not oppose this motion for leave to file an oversized joint appendix.

WHEREFORE, Appellant respectfully requests that this Motion be granted, and that the Court accept for filing, a joint appendix of 4,657 pages in this case.

Dated: September 30, 2026

Respectfully Submitted,

/s/ *Sicilia C. Englert*
SICILIA C. ENGLERT
LAW OFFICE OF
SICILIA C. ENGLERT, LLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 636-2261
*Counsel for Defendant-Appellant*

**CERTIFICATE OF COMPLIANCE**

1. This document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

   this document contains 395 words.

2. This document complies with the typeface requirements because:

   this document has been prepared in a proportional spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: September 30, 2026

Respectfully Submitted,

/s/ *Sicilia C. Englert*
SICILIA C. ENGLERT
LAW OFFICE OF
SICILIA C. ENGLERT, LLC
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
(703) 636-2261

*Counsel for Defendant-Appellant*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, September 30, 2026, a copy of the foregoing was filed via this Court's electronic filing system, which will deliver notice to all counsel of record.

/s/ *Sicilia C. Englert*
Counsel for Cortez Bumphus