Mr. Cortez Bumphus
No. 77619-510
U.S.P. - Pollock
P.O. Box: 2099
Pollock, LA 71467

PBIJG

RECEIVED
OCT - 1 2026
U.S. Court of Appeals
Fourth Circuit

September 21, 2026

Clerk of Courts
U.S. Court of Appeals, Fourth Circuit
U.S. Courthouse Annex, 5th Floor
1100 East Main Street
Richmond, VA 2319

Re: United States v. Cortez Bumphus, No.: 25-4699; Supplemental Informal Brief:

A. Jurisdiction

The district Court for the Eastern District of Virginia, Newport News Division entered a final order on December 12, 2025. The United States Court of Appeals for the 4th Circuit has jurisdiction to review all final decisions of the district Court.



USCA4 Appeal: 25-4699 Doc: 42 Filed: 10/01/2026 Pg: 1 of 4

B. Pro Se Pleadings

"Pro Se Pleadings must be liberally construed, and 'a pro se issue, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers.'" King v. Rubenstein, 825 F.3d 206, 214 (4th Cir. 2016) (quoting Erickson v. Pardus, 551 U.S. 89, 94, 127 S.Ct. 2197, 167 L.Ed.2d 1081 (2007)). Liberal construction, however, "does not mean overlooking the pleading requirements under the Federal Rules of Criminal Procedure." A pro se litigant must still allege sufficient facts 'to raise a right to relief above the speculative level' and 'state a claim to relief that is plausible on its face.' King, 825 F.3d at 225 (quoting Twombly, 550 U.S. at 555, 570).

USCA4 Appeal: 25-4699 Doc: 42 Filed: 10/01/2026 Pg: 2 of 4

Dear Clerk of Court,

Please accept this letter brief in lieu of a more formal submission. I, Cortez Bumphus, is currently motioning the Court for a 60 day extension to submit a Supplemental pro se brief, on issues not presented by my attorney. Our Defense Appellant brief was due September 16, 2026. I am just in receipt of the brief my attorney submitted in which I choose to write a supplemental brief on issues I felt was crucial but overlooked by defense counsel.

Therefore my request to this Honorable Court is for motion for leave to submit a Supplemental brief and for 60 days to submit same. I thank the Court in earnest prior to a response

September 21, 2026.

Respectfully Submitted

Mr. Cortez Bumphus
U.S.M.S. 77619-510
U.S.P. - Pollock
P.O. Box: 2099
Pollock, LA 71467

SHREVEPORT LA 710
26 SEP 2026 PM 2 L

Thinking

U.S. MARSHALS

c/o Clerk of Courts
United States Court of Appeals
Fourth Circuit
U.S. Courthouse Annex. 5th Flo
1100 East Main Street.
Richmond, VA 23219

Special Mail
28 C.F.R. § 540.18 et.seq
Legal Correspondence

23219-351799 * LEGAL CORRESPONDENCE *